*UNITED STATES BANKRUPTCY COURT*
DISTRICT OF RHODE ISLAND

---

| | |
|---|---|
| In Re: Abby Roads Properties, LLC | BK No. 1:15–bk–10216 |
| Debtor(s) | Chapter 7 |

---

*ORDER DISMISSING CASE FOR FAILURE TO FILE*
*MISSING DOCUMENT(S)*

Pursuant to this Court's Order to File Missing Documents and Notice of Dismissal if documents are not timely filed issued on 2/9/2015 ¸ and the Debtor's failure to comply therewith by timely filing the missing documents referenced therein, or a motion to extend time for cause shown, it is hereby ORDERED that the within case be and is ***DISMISSED***.

*So Ordered:*

/s/ Diane Finkle
U.S. Bankruptcy Court Judge

Date: **2/24/15**

Entered on Docket: **2/24/15**
Document Number: **7 – 5**

172m.jsp #172

---

*The Federal Center · 380 Westminster Street, 6th Floor · Providence, RI 02903 · Tel: (401) 626–3100*

*Website: www.rib.uscourts.gov*